In the Matter of the Application of THE MAYOR, ETC., OF NEW YORK, Relative to the Opening of Cathedral Parkway. On the Petition of HENRY T. CAREY, as Trustee, etc., et al., Appellants; HERMAN C. VON POST et al., Claimants, Respondents.

(Submitted March 21, 1898; decided March 25, 1898.)

Motion for reargument denied, with ten dollars costs. (See 155 N. Y. 638.)

---

·  LYMAN G. MASON, Respondent, *v.* WILLARD F. ROBISON, Individually and as Trustee, et al.; Appellants.

*Mason* v. *Robison,* 81 Hun, 613, affirmed.
(Reargued March 16, 1898 [see 155 N. Y. 634]; decided March 25, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the first judicial department, entered December 21, 1894, reversing a judgment in favor of defendants entered upon the report of a referee and granting a new trial.

*Wager Swayne, Rush Taggart* and *John F. Dillon* for appellants.

*John E. Parsons* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, HAIGHT and VANN, JJ.; dissent: O'BRIEN, BARTLETT and MARTIN, JJ.